Neil L. Albert, Esquire
Attorney I.D. No. 23368
Zimmerman, Pfannebecker, Nuffort & Albert, LLP
22 South Duke Street
Lancaster, PA 17602
(717) 299-0711

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shell's Disposal and Recycling, Inc. <br> Plaintiff, | CIVIL ACTION |
| vs. | No. CV-07-03545 |
| City of Lancaster; City Council <br> J. Richard Gray; Department of Public Works; Charlotte Katzenmoyer; <br> Bureau of Solid Waste and Recycling <br> Michael J. Devaney; Lancaster County Solid Waste Management Authority; <br> And James Warner <br> Defendants. | |

### SUGGESTION OF LIFTING OF AUTOMATIC STAY

Counsel for Defendant City of Lancaster has been advised that an order authorizing the lifting of the say in the bankruptcy proceedings has been granted. A true and correct copy of the Order is attached hereto as Exhibit "A".

Respectfully submitted,

ZIMMERMAN, PFANNEBECKER,
NUFFORT AND ALBERT

Date: 4/5/11

By: _____
Neil L. Albert, Esquire
Attorney for Defendants

- 1 -

7500-155-07R
4/4/11

**EXHIBIT "A"**

Case 2:07-cv-03545-JHS   Document 92   Filed 04/05/11   Page 3 of 4

Case 10-17127-mdc   Doc 101   Filed 03/30/11   Entered 03/30/11 16:11:58   Desc Main
Case 10-17127-mdc   Doc 98-1   Document   Page 1 of 1
                                Filed 03/17/11   Entered 03/17/11 11:48:01   Desc
                                Proposed Order   Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-17127-MDC |
| | : | |
| SHELL'S DISPOSAL AND RECYCLING, INC., | : | |
| Debtor | : | CHAPTER 11 |

### ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH FEDERAL DISTRICT COURT ACTION

UPON CONSIDERATION of the The City of Lancaster and Shell's Disposal and Recyclying, Inc. Stipulated Motion for Relief to Proceed with Federal District Court Action it is hereby ORDERED AND DECREED that said motion is GRANTED and the automatic stay is lifted against all defendants to allow the civil rights action filed at case number 07-CV-03545 in the United States District Court of Pennsylvania to proceed. The order granted herein shall not be stayed by Fed. R. Bankr. P. 4001(a)(3).

*Magdeline D. Coleman*
J.  3/30/11

Neil L. Albert, Esquire
Attorney I.D. No. 23368
Zimmerman, Pfannebecker, Nuffort & Albert, LLP
22 South Duke Street
Lancaster, PA  17602
(717) 299-0711

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shell's Disposal and Recycling, Inc.<br>Plaintiff, | CIVIL ACTION |
| vs. | No.  CV-07-03545 |
| City of Lancaster; City Council<br>J. Richard Gray; Department of Public Works; Charlotte Katzenmoyer;<br>Bureau of Solid Waste and Recycling<br>Michael J. Devaney; Lancaster County Solid Waste Management Authority;<br>And James Warner<br>Defendants. | |

### CERTIFICATE OF SERVICE

I, Angela M. Boyle, Legal Assistant to Neil L. Albert, do hereby certify that I today served a true and correct copy of the foregoing Suggestion of Lifting of Automatic Stay via U.S. Eastern District Court's Electronic Case Filing System, addressed as follows:

James D. Young, Esquire
jyoung@laverylaw.com

Luther E. Weaver, III, Esquire
lew@leweaver.com

Dated:  April 5, 2011

Angela M. Boyle
Legal Assistant to Neil L. Albert

*This document has been electronically filed and is available for viewing and downloading form the ECF system.*

7512-155-07R
4/5/11