IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shell's Disposal and Recycling, Inc. | : | |
| Plaintiff | : | Honorable Joel H. Slomsky |
| | : | |
| v. | : | Docket No.: 2:07-CV-03545 |
| | : | (COMPLAINT FILED: 8-27-2007) |
| City of Lancaster; City Council; | : | |
| J. Richard Gray; Department of Public | : | |
| Works; Charlotte Katzenmoyer; | : | |
| Bureau of Solid Waste and Recycling; | : | |
| Michael J. Devaney; Lancaster County | : | |
| Solid Waste Management Authority; | : | |
| and James Warner, | : | CIVIL ACTION – LAW |
| Defendants | : | JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW THE APPEARANCE OF
## FRANK J. LAVERY, JR., ESQUIRE AND SUNSHINE J. THOMAS, ESQUIRE

AND NOW, come the Defendants, by and through their undersigned attorney, Amy L. Coryer, Esquire, and files this Motion to Withdraw the Appearances of Frank J. Lavery, Jr., Esquire and Sunshine J. Thomas, Esquire, Pursuant to Eastern District Local Rule 5.1, and in support thereof avers as follows:

1.   On November 11, 2011, Amy L. Coryer, Esquire, entered her appearance on behalf of Defendants, City of Lancaster; City Council; J. Richard Gray; Department of Public Works; Charlotte Katzenmoyer; Bureau of Solid Waste and Recycling and Michael J. Devaney, only.

2. No parties will be prejudiced by this motion.

3. Undersigned counsel, Amy L. Coryer, Esquire, will continue to represent Defendants, City of Lancaster; City Council; J. Richard Gray; Department of Public Works; Charlotte Katzenmoyer; Bureau of Solid Waste and Recycling and Michael J. Devaney, in this matter

WHEREFORE, Amy L. Coryer, Esquire respectfully requests that this Honorable Court withdraw the appearance of Frank J. Lavery, Jr., Esquire and Sunshine J. Thomas, Esquire

Respectfully submitted,

Lavery Fahety Patterson


By: _/s/ Amy L. Coryer_____
.       Amy L. Coryer, Esquire
        225 Market Street, Suite 304
        P.O. Box 1245
DATE: December 16, 2011          Harrisburg, PA  17108-1245
        (717) 233-6633 (telephone)
        (717) 233-7003 (facsimile)
        Atty No. 82718
        acoryer@laverylaw.com
        Atty for Defendants, City of Lancaster; City Council; J. Richard Gray; Department of Public Works; Charlotte Katzenmoyer; Bureau of Solid Waste and Recycling and Michael J. Devaney

## CERTIFICATE OF SERVICE

I, Janice L. Holzer, an employee with the law firm of Lavery Faherty Patterson, do hereby certify that on this 16th day of December, 2011, I served a true and correct copy of the foregoing Motion to Withdraw the Appearance of Frank J. Lavery, Jr., Esquire and Sunshine J. Thomas, Esquire, via U.S. Eastern District Court's ECF System, addressed as follows:

Luther E. Weaver, III, Esquire
lew@leweaver.com

Caleb L. Nichols, Esquire
nicholscaleb@hotmail.com

Samuel Foley, Jr., Esquire
sfoleyjr@comcast.net

Neil L. Albert, Esquire
nla@zpnalaw.com


                                                s/ Janice L. Holzer
                                                Janice L. Holzer, Legal Secretary to
                                                Amy L. Coryer, Esquire

This document has also been electronically filed and is available for viewing and downloading from the ECF system.