# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELL'S DISPOSAL & RECYCLING, INC. : | | CIVIL ACTION |
| Plaintiff : | | |
| v. : | | |
| CITY OF LANCASTER, *et al.*, : | | |
| Defendants : | | NO. 07-3545 |

## ORDER

**AND NOW**, this 30th day of December, 2011, it is **ORDERED** that:

1. Defendants' Concurred in Motion to Confirm and Enforce Settlement Agreement (Doc. No. 85) is **GRANTED**;

2. The settlement Agreement is deemed executed by Plaintiffs; and

3. The parties shall comply immediately with all terms of the draft Mutual Release and Settlement Agreement which is attached as Exhibit A to Defendants' Motion.

It be so **ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
Chief United States Magistrate Judge