IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELL'S DISPOSAL AND RECYCLING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LANCASTER, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 07-3545 |

### **ORDER**

**AND NOW**, this 20th day of January 2016, it is hereby **ORDERED** that the parties or their counsel shall update the Court by **February 10, 2016** on the status of the above-captioned case and whether it should be taken out of suspense.  The parties or their counsel may respond to this Order by letter to Chambers or by filing a document of record.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.