UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELL'S DISPOSAL AND RECYCLING, | : 07-3545-JHS |
|     Plaintiffs | : |
| | : |
| V. | : |
| | : |
| CITY OF LANCASTER, ET AL, | : |
|     Defendants | : |

## ENTRY OF APPEARANCE

TO:  Michael E. Kunz, Clerk of Court

Please enter the appearance of Sandra Thompson, Esq., Law Office of Sandra Thompson, LLC, as counsel on behalf of Plaintiff Shell's Disposal and Recycling.

                              Respectfully Submitted:

Dated: February 9, 2016          s/ Sandra Thompson
                                       Sandra Thompson, Esq PA ID. 84345
                                       Law Office of Sandra Thompson, LLC
                                       Counsel for Plaintiff
                                       351 East Princess Street, P.O. Box 1901
                                       York, Pennsylvania 17405
                                       Tele/Fax: 215-987-3650
                                       Email: sthompsonLLC@gmail.com

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELL'S DISPOSAL AND RECYCLING, | : 07-3545-JHS |
|     Plaintiffs | : |
| | : |
| V. | : |
| | : |
| CITY OF LANCASTER, ET AL, | : |
|     Defendants | : |

## PROOF OF SERVICE

AND NOW on this 9th day of February 2016, here comes Shell's Disposal and Recycling, Plaintiff, by and through its counsel, Sandra Thompson, Esquire, to certify that a true and correct copy of Counsel's Entry of Appearance has been filed electronically; and is available for viewing and downloading from the ECF system; and is served upon Defendants by electronic service to:

**nla@zpnalaw.com**
Neil L. Albert
Zimmerman, Pfannebecker Nuffort & Albert Llp
22 South Duke Street, Lancaster, Pa 17602

**acoryer@laverylaw.com**
Amy Coryer Miller
Lavery Faherty Young & Patterson
225 Market Street, Suite 304 , P.O. Box 1245, Harrisburg, Pa 17108-1245

                        Respectfully Submitted:

                                        s/ Sandra Thompson
                                        Sandra Thompson, Esq PA ID. 84345
                                        Law Office of Sandra Thompson, LLC
                                        351 East Princess Street, P.O. Box 1901
                                        York, Pennsylvania 17405
                                        Tele.:717-848-3033; Fax: 717-854-2223
                                        Email: sthompsonLLC@gmail.com